■ In the Matter of CITY OF ROCHESTER for a Warrant to Inspect 187 CLIFTON STREET, CITY OF ROCHESTER, COUNTY OF MONROE, STATE OF NEW YORK. FLORINE NELSON et al., Appellants, v CITY OF ROCHESTER, Respondent. (Appeal No. 2.) [934 NYS2d 882]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of City of Rochester (449 Cedarwood Terrace)* (90 AD3d 1480 [2011]). Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.